# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH ALLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV-F-04-5922 AWI LJO P<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN PROPOSED SECOND AMENDED COMPLAINT TO PLAINTIFF<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 13)<br><br>ORDER STRIKING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 14) |

Plaintiff Randolph Allen ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2005, the court issued a Findings and Recommendations recommending that this action be dismissed for failure to state any claims upon which relief may be granted under section 1983. Plaintiff was informed that if he wished to file objections, he must do so within thirty days. On April 11, 2005, plaintiff submitted a proposed second amended complaint but did not file objections.

Plaintiff was not granted leave to file a second amended complaint. If plaintiff believes that his claims are cognizable under section 1983, plaintiff's recourse is to file objections to the Findings and Recommendations. The Clerk's Office shall be directed to return plaintiff's proposed second amended complaint to him and the court will grant plaintiff an additional thirty days to file

objections to the Findings and Recommendations. If plaintiff fails to file objections within thirty days, the Findings and Recommendations will be submitted to Judge Ishii.

Finally, on April 22, 2005, plaintiff filed a motion seeking leave to proceed in forma pauperis. Plaintiff was granted leave to proceed in forma pauperis in this action on August 2, 2004. Therefore, it is unnecessary for plaintiff to file any further motions seeking leave to proceed in forma pauperis and plaintiff's motion shall be stricken from the record.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall return plaintiff's proposed second amended complaint to him;

2. Plaintiff is granted **thirty (30) days** from the date of service of this order within which to file objections to the Findings and Recommendations filed on March 16, 2005; and

3. Plaintiff's motion to proceed in forma pauperis, filed April 22, 2005, is stricken from the record.

IT IS SO ORDERED.

**Dated:   May 7, 2005**                                /s/ Lawrence J. O'Neill
b9ed48                                                        UNITED STATES MAGISTRATE JUDGE