UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH ALLEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:04-cv-05922-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13)<br><br>**ORDER DISMISSING ACTION** |

　　　Plaintiff Randolph Allen ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On March 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On May 9, 2005, the court set a deadline of June 13, 2005 for plaintiff to file objections to the Magistrate Judge's Findings

and Recommendations.  On June 14, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  Petitioner's objections do not provide a basis to not adopt the Findings and Recommendations.  Although Plaintiff may have a difference of opinion regarding when or how Defendants should have treated Plaintiff's injuries, this difference does not constitute an Eighth Amendment violation. See Sanchez v. Vild, 891 F.2d 240, 242 (9th Cir. 1989).  A showing of medical malpractice or negligence is insufficient to establish a constitutional deprivation under the Eighth Amendment. Toguchi v. Chung, 391 F.3d 1051, 1056 (9th Cir. 2004)  The Magistrate Judge correctly recommends dismissal because Plaintiff has alleged, at most, that defendants engaged in medical malpractice or that they had a different opinion about proper medical care for Plaintiff. See Estelle v. Gamble, 429 U.S. 97, 106 (1976); Jackson v. McIntosh, 90 F.3d 330, 332 (9th Cir.1996).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 16, 2005, is ADOPTED IN FULL; and,

2. This action is DISMISSED as follows:

    a. Plaintiff's section 1983 claims are DISMISSED, with prejudice, for failure to state any claims upon which relief

2

1  may be granted; and,

2             b.    Plaintiff's state law claims are DISMISSED,
3  without prejudice.

4

5  IT IS SO ORDERED.

6  **Dated:    June 30, 2005**                          /s/ Anthony W. Ishii
   0m8i78                                      UNITED STATES DISTRICT JUDGE